

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00237-CR

| | | |
|---|---|---|
| JIMMIE LEE HANCE, III, Appellant | § | On Appeal from the 90th District Court |
| | § | of Young County (10943) |
| V. | § | February 27, 2025 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REHEARING

After considering the State of Texas's motion for rehearing, we grant the motion, withdraw our prior memorandum opinion and judgment dated April 21, 2022, and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell